IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS AG, <br><br> Plaintiffs, <br><br> v. <br><br> BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Defendant. | C.A. No. 14-1043-RGA |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs Novartis Pharmaceuticals Corporation and Novartis AG and Defendant Breckenridge Pharmaceutical, Inc., hereby stipulate and agree that the above action, including all claims and counterclaims and affirmative defenses, are dismissed with prejudice, and without costs, disbursements or attorneys' fees to any party.

SO STIPULATED:

ME1 30020795v.1

DATED: March 27, 2019

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| By: /s/ Daniel M. Silver<br>Daniel M. Silver (#4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(301) 984 6300<br>dsilver@mccarter.com | By: /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com |
| Of Counsel: | Of Counsel: |
| Nicholas N. Kallas<br>VENABLE FITZPATRICK<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2100<br>nkallas@venable.com | Christopher J. Sorenson<br>Rachel C. Hughey<br>MERCHANT & GOULD PC<br>3200 IDS Center<br>80 S. Eighth Street<br>Minneapolis, MN 55402<br>(612) 332-5300<br>csorenson@merchantgould.com<br>rhughey@merchantgould.com |
| *Attorneys for Plaintiffs*<br>*Novartis Pharmaceuticals Corporation*<br>*And Novartis AG* | *Attorneys for Defendant Breckenridge Pharmaceutical, Inc.* |

SO ORDERED this 27 day of March, 2019

/s/ Richard G. Andrews
United States District Judge